## ARRAIGNMENT/DETENTION MINUTES:

Time set: 1:00 p.m.
Start Time: 1:15pm
End Time: 1:17pm

Split Time ( )
Hearing Held: ( ) Norfolk ( X ) Newport News
Case Number 4:26-cr-75
Defendant Prince Albert William Hudson, III (3)

Date: 11/16/2026
Presiding Judge: Jamar K. Walker
Courtroom Deputy: **B. Peters**
Reporter: Carol Naughton, OCR
U.S. Attorney: E. Hurt, B. Samuels
Defense Counsel: T. Johnson
(X) Retained ( ) Court appointed ( ) AFPD
Interpreter:

**INITIAL APPEARANCE:**

( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

**COUNSEL:**

( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $______ beginning ______ and each month thereafter until paid in full

**DETENTION:**

( ) Detention Hearing ( )Held ( ) Waived
( ) Government motion for detention:
( ) Granted( )Denied ( )Motion to Withdraw
( ) Detention Ordered ( ) Remanded
( ) Bond set ______________________
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

**ORDERS:**

(X) Agreed Discovery/Protective Order Entered
( ) Defendant consented to video proceedings. Order entered and filed
( ) Oral admonition as required by DPPA given to the prosecutor.

**ARRAIGNMENT:**

( ) Defendant formally arraigned
(X) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(X) Defendant entered plea of not guilty
(X) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
(X) Preliminary motions deadline 5/3/2027
(X) Response motions deadline 5/24/2027
(X) TRIAL ( ) SRVH ( ) PVH ( ) Status Conference set on 9/13/2027
@ ( ) Norfolk (X) Newport News ( ) Richmond

Order to issue.

**PRELIMINARY HEARING:**

( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**

( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

Prev. certified as complex

**APPEARANCE AT PRELIMINARY HEARING:**

( ) Court inquired as to whether defendant wishes appear at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: ______________________________

( ) SRV/Probation Hearing:________________
( ) ________________________________
( ) ________________________________
( ) ________________________________

**SPEEDY TRIAL:**

( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and <u>Bloate v. U.S.</u>, 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.